**No. 10-11111. Cenobio Humberto Herrera, Sr., Petitioner v. United States.**

565 U.S. 867, 132 S. Ct. 215, 181 L. Ed. 2d 117, 2011 U.S. LEXIS 6688.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 58.